In the Matter of MAURICE J. McCARTHY, JR., et al., Appellants, against FIORELLO H. LAGUARDIA, as Mayor and as a Member of the Board of Estimate of the City of New York, et al., Respondents.

Argued May 21, 1940; decided July 24, 1940.

702

*Irving H. Saypol* and *Leo Kotler* for appellants.

*William C. Chanler, Corporation Counsel (Frederick v P. Bryan, Robert H. Schaffer* and *George G. Gallantz* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS and LEWIS, JJ. Dissenting: RIPPEY and CONWAY, JJ.